ACCEPTED
08-21-00060-CV
EIGHTH COURT OF APPEALS
EL PASO, TEXAS
4/26/2021 8:41 AM
ELIZABETH G. FLORES
CLERK

**Appellate Docket Number:** 08-21-00060-CV

**Appellate Case Style:** Sai Monahans Brother Hospitality, LLC

**Vs.** Monahans Economic Development Corporation

**Companion Case(s):**

Amended/Corrected Statement ☐

# DOCKETING STATEMENT (Civil)

Appellate Court:    Select

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS
4/26/2021 8:41:35 AM
ELIZABETH G. FLORES
Clerk

*NOTE: Because space for additional parties / attorneys is limited on this form, you can include the information on a separate document. As per TRAP 32.1 and 9.4, please include party's name and the name, address, email address, telephone number, fax number, if any, and State Bar Number of the party's lead counsel. If the party is not represented by an attorney, that party's name, address, telephone number, fax number should be provided.*

## I.  Appellant

☐ Person    ☒ Organization

Name:

☐ Pro Se

*If Pro Se Party, enter the following information:*

Address:

City/State/Zip:

Tel.            Ext.        Fax:

Email:

## II.  Appellant Attorney(s)

☐ Lead Attorney        Retained Attorney

Name:  Marty Price

Bar No. 16302300

Firm/Agency:

Address 1: 2514 Boll Street

Address 2:

City/State/Zip: Dallas, Texas 75204

Tel. (214) 871-1386    Ext.        Fax:

Email: martyprice@martyprice.com

☒ Lead Attorney        Retained Attorney

Name: Matthew J. Kita

Bar No.  24050883

Firm/Agency:

Address 1:  3110 Webb Avenue, Suite 150

Address 2:

City/State/Zip:  Dallas, Texas 75205

Tel.  (214) 699-1863    Ext.        Fax:

Email:  matt@mattkita.com

## II.  Appellant Attorney(s) - Continued

☐ Lead Attorney        Select

Name:

Bar No.

Firm/Agency:

Address 1:

Address 2:

City/State/Zip:

Tel.            Ext.        Fax:

Email:

☐ Lead Attorney        Select

Name:

Bar No.

Firm/Agency:

Address 1:

Address 2:

City/State/Zip:

Tel.            Ext.        Fax:

Email:

☐ Lead Attorney        Select

Name:

Bar No.

Firm/Agency:

Address 1:

Address 2:

City/State/Zip:

Tel.            Ext.        Fax:

Email:

| III.  Appellee | IV.  Appellee Attorney(s) - Continued |
|---|---|
| ☐Person ☒Organization<br><br>Name: City of Monahans, Monahans Economic Development Corporation<br><br>☐ Pro Se<br><br>*If Pro Se Party, enter the following information:*<br><br>Address:<br><br>City/State/Zip:<br><br>Tel.          Ext.          Fax:<br><br>Email: | ☐ Lead Attorney          Select<br><br>Name:<br><br>Bar No.<br><br>Firm/Agency:<br><br>Address 1:<br><br>Address 2:<br><br>City/State/Zip:<br><br>Tel.          Ext.          Fax:<br><br>Email: |
| **IV.  Appellee Attorney(s)** | |
| ☒ Lead Attorney          Retained Attorney<br><br>Name:  Aaron Dorfner<br><br>Bar No. 24040824<br><br>Firm/Agency:  Cotton, Bledsoe, Tighe & Dawson<br><br>Address 1: P.O. Box 2776<br><br>Address 2:<br><br>City/State/Zip: Midland, Texas 79702<br><br>Tel. (437) 684-5782     Ext.          Fax:<br><br>Email: adorfner@cbtd.com | ☐Lead Attorney          Select<br><br>Name:<br><br>Bar No.<br><br>Firm/Agency:<br><br>Address 1:<br><br>Address 2:<br><br>City/State/Zip:<br><br>Tel.          Ext.          Fax:<br><br>Email: |
| ☐ Lead Attorney          Select<br><br>Name:<br><br>Bar No.<br><br>Firm/Agency:<br><br>Address 1:<br><br>Address 2:<br><br>City/State/Zip:<br><br>Tel.          Ext.          Fax:<br><br>Email: | ☐ Lead Attorney          Select<br><br>Name:<br><br>Bar No.<br><br>Firm/Agency:<br><br>Address 1:<br><br>Address 2:<br><br>City/State/Zip:<br><br>Tel.          Ext.          Fax:<br><br>Email: |

## V. Perfection of Appeal, Judgment and Sentencing

Nature of Case (Subject matter or type of case): Real Property

Date Order or Judgment signed: 03/29/2021                Type of Judgment: Dismissal

Date Notice of Appeal filed in Trial Court:

    If mailed to the Trial Court clerk, also give the date mailed:

Interlocutory appeal of appealable order:      ☐ Yes   ☒ No

    If yes, please specify statutory or other basis on which interlocutory order is appealable (See TRAP 28):

---

Accelerated Appeal (See TRAP 28):      ☐ Yes   ☒ No

    If yes, please specify statutory or other basis on which appeal is accelerated:

---

Parental Termination or Child Protection? (See TRAP 28.4):      ☐ Yes   ☒ No

Permissive? (See TRAP 28.3):      ☐ Yes   ☐ No

    If yes, please specify statutory or other basis for such status:

---

Agreed? (See TRAP 28.2):      ☐ Yes   ☒ No

    If yes, please specify statutory or other basis for such status:

---

Appeal should receive precedence, preference, or priority under statute or rule?      ☐ Yes   ☒ No

    If yes, please specify statutory or other basis for such status:

---

Does this case involve an amount under $100,000?                          ☐ Yes   ☒ No

Judgment or Order disposes of all parties and issues?                     ☒ Yes   ☐ No

Appeal from final judgment?                                              ☒ Yes   ☐ No

Does the appeal involve the constitutionality or the validity of a statute, rule, or ordinance?      ☐ Yes   ☒ No

## VI. Actions Extending Time to Perfect Appeal

| | | |
|---|---|---|
| Motion for New Trial: | ☐ Yes  ☒ No | If yes, date filed: |
| Motion to Modify Judgment: | ☐ Yes  ☒ No | If yes, date filed: |
| Request for Findings of Fact and Conclusions of Law: | | |
| | ☐ Yes  ☒ No | If yes, date filed: |
| Motion to Reinstate: | ☐ Yes  ☒ No | If yes, date filed: |
| Motion under TRCP 306a: | ☐ Yes  ☒ No | If yes, date filed: |
| Other: | ☐ Yes  ☒ No | |

    If Other, please specify:

| VII. Indigency of Party (Attach file stamped copy of Statement and copy of the trial court order.) |
|---|

Was Statement of Inability to Pay Court Costs filed in the trial court? ☐ Yes ☒ No

    If yes, date filed:

Was a Motion Challenging the Statement filed in the trial court? ☐ Yes ☒ No

*If yes, you must also complete and file the Challenge to Constitutionality of*

*a State Statute form.* If yes, date filed: ☐ Yes ☒ No

Was there any hearing on appellant's ability to afford court costs?

    Hearing Date: ☐ Yes ☒ No

Did trial court sign an order under Texas Rule of Civil Procedure 145?
    Date of Order:

    If yes, trial court finding: ☐ Challenge Sustained ☐ Overruled

| VIII. Bankruptcy |
|---|

Has any party to the court's judgment filed for protection in bankruptcy which might affect this appeal?

    ☐ Yes ☒ No

    If yes, please attach a copy of the petition.

    Date bankruptcy filed:

    Bankruptcy Case Number:

| IX. Trial Court and Record |
|---|

Court: 441st District Court

County: Ward County

Trial Court Docket No. (Cause No.):
    20-10-25580-CVW

Trial Court Judge (who tried or disposed of the case):

    Name: Rodney W. Satterwhite

    Address 1: 441st District Court

    Address 2:

    City/State/Zip: Ward County, Texas

    Tel.      Ext.      Fax:

    Email:

**Clerk's Record**

Trial Court Clerk: ☑ District    ☐ County

Was Clerk's record requested? ☑ Yes ☐ No

    If yes, date requested: April 9, 2021

    If no, date it will be requested:

Were payment arrangements made with clerk?

    ☑ Yes    ☐ No    ☐ Indigent

**(Note: No request required under TRAP 34.5(a),(b).)**

## IX. Trial Court and Record - Continued

**Reporter's or Recorder's Record**

Is there a Reporter's Record?    ☒ Yes  ☐ No

Was Reporter's Record requested?    ☐ Yes  ☒ No

If yes, date requested:

If no, date it will be requested:

Was the Reporter's Record electronically recorded?  ☐ Yes  ☐ No

Were payment arrangements made with the court reporter/court recorder?  ☒ Yes  ☐ No  ☐ Indigent

| | |
|---|---|
| ☒ Court Reporter    ☒ Court Recorder<br>☐ Official         ☐ Substitute<br>Name:  Breck Record<br>Address 1:<br>Address 2:<br>City/State/Zip:<br>Tel.         Ext.       Fax:<br>Email: | ☐ Court Reporter    ☐ Court Recorder<br>☐ Official         ☐ Substitute<br>Name:<br>Address 1:<br>Address 2:<br>City/State/Zip:<br>Tel.         Ext.       Fax:<br>Email: |

## X. Supersedeas Bond

Supersedeas bond filed?  ☐ Yes  ☒ No

If yes, date filed:

If no, will file?  ☐ Yes  ☒ No

## XI. Extraordinary Relief

Will you request extraordinary relief (e.g., temporary or ancillary relief) from this Court?  ☐ Yes  ☒ No

If yes, briefly state the basis for your request:

**XII. Alternative Dispute Resolution/Mediation**
**(Complete section if filing in the 1ˢᵗ, 2ⁿᵈ, 4ᵗʰ, 5ᵗʰ, 6ᵗʰ, 8ᵗʰ, 10ᵗʰ, 11ᵗʰ, 13ᵗʰ, or 14ᵗʰ Court of Appeals.)**

Should this appeal be referred to mediation? ☐ Yes ☒ No

    If no, please specify:

Has this case been through an ADR procedure? ☐ Yes ☒ No

    If yes, who was the mediator?

    What type of ADR procedure?

    At what stage did the case go through ADR? ☐ Pre-Trial ☐ Post-Trial ☐ Other

      If other, please specify:

Type of Case? Real Property

    Give a brief description of the issue to be raised on appeal, the relief sought, and the applicable standard for review, if known (without prejudice to the right to raise additional issues or request additional relief):

    Is Plaintiff's petition subject to dismissal due to sovereign immunity based upon Defendants' plea to the jurisdiction?

How was the case disposed of? Dismissal was granted.

Summary of relief granted, including amount of money judgment, and if any, damages awarded.

    If money judgment, what was the amount? Actual damages:

    Punitive (or similar) damages:

    Attorney's fees (trial):

    Attorney's fees (appellate):

    Other:

      If other, please specify:

Will you challenge this Court's jurisdiction? ☐ Yes ☒ No

Does judgment have language that one or more parties "take nothing"? ☐ Yes ☒ No

Does judgment have a Mother Hubbard clause? ☐ Yes ☒ No

Other basis for finality:

| XII. Alternative Dispute Resolution/Mediation - Continued |
|---|
| **(Complete section if filing in the 1st, 2nd, 4th, 5th, 6th, 8th, 10th, 11th, 13th, or 14th Court of Appeals.)** |

Rate the complexity of the case (use 1 for least and 5 for most complex): ☐ 1 ☐ 2 ☒ 3 ☐ 4 ☐ 5

Please make my answer to the preceding questions known to other parties in this case? ☐ Yes ☐ No

Can the parties agree on an appellate mediator? ☒ Yes ☐ No

    If yes, please give the name, address, telephone, fax, and email address:

    Name: N/A

    Address:

    Telephone:        Ext.

    Fax:

    Email:

Languages other than English in which the mediator should be proficient:

Name of the person filling out mediation section of docketing statement:

---

| XIII. Related Matters |
|---|
| List any pending or past related appeals before this, or any other Texas Appellate Court, by Court, Docket, and Style. |

Court: Select Appellate Court      Docket:

Style:

  Vs.

Court: Select Appellate Court      Docket:

Style:

  Vs.

Court: Select Appellate Court      Docket:

Style:

  Vs.

Court: Select Appellate Court      Docket:

Style:

  Vs.

Court: Select Appellate Court      Docket:

Style:

  Vs.

Court: Select Appellate Court      Docket:

Style:

  Vs.

**XIV.  Pro Bono Program:**
**(Complete section if filing in the 1st, 2nd, 3rd, 5th, 7th, 13th or 14th Court of Appeals.)**

The Courts of Appeals listed above, in conjunction with the State Bar of Texas Appellate Section Pro Bono Committee and local Bar Associations, are conducting a program to place a limited number of civil appeals with appellate counsel who will represent the appellant in the appeal before this Court.

The Pro Bono Committee is solely responsible for screening and selecting the civil cases for inclusion in the Program based upon a number of discretionary criteria, including the financial means of the appellant or appellee.  If a case is selected by the Committee, and can be matched with appellate counsel, that counsel will take over representation of the appellant or appellee without charging legal fees.  More information regarding this program can be found in the Pro Bono Program Pamphlet available in paper form at the Clerk's Office or on the Internet at http://www.tex-app.org.  If your case is selected and matched with a volunteer lawyer, you will receive a letter from the Pro Bono Committee within thirty (30) to forty-five (45) days after submitting this Docketing Statement.

Note: there is no guarantee that if you submit your case for possible inclusion in the Pro Bono Program, the Pro Bono Committee will select your case and that pro bono counsel can be found to represent you.  Accordingly, you should not forego seeking other counsel to represent you in this proceeding.  By signing your name below, you are authorizing the Pro Bono committee to transmit publicly available facts and information about your case, including parties and background, through selected Internet sites and Listserv to its pool of volunteer appellate attorneys.

Do you want this case to be considered for inclusion in the Pro Bono Program?  ☐ Yes  ☒ No

Do you authorize the Pro Bono Committee to contact your trial counsel of record in this matter to answer questions the committee may have regarding the appeal?  ☐ Yes  ☒ No

Please note that any such conversations would be maintained as confidential by the Pro Bono Committee and the information used solely for the purposes of considering the case for inclusion in the Pro Bono Program.

If you have not previously filed a Statement of Inability to Pay Court Costs and attached a file-stamped copy of that Statement, does your income exceed 200% of the U.S. Department of Health and Human Services Federal Poverty Guidelines?  ☐ Yes  ☒ No

These guidelines can be found in the Pro Bono Program Pamphlet as well as on the internet at http://aspe.hhs.gov/poverty/06poverty.shtml.

Are you willing to disclose your financial circumstances to the Pro Bono Committee?  ☐ Yes  ☒ No

  If yes, please attach a Statement of Inability to Pay Court Costs completed and executed by the appellant or appellee. Sample forms may be found in the Clerk's Office or on the internet at http://www.tex-app.org.  Your participation in the Pro Bono Program may be conditioned upon your execution of a Statement under oath as to your financial circumstances.

Give a brief description of the issues to be raised on appeal, the relief sought, and the applicable standard of review, if known (without prejudice to the right to raise additional issues or request additional relief; use a separate attachment, if necessary).

## XV. Signature

| | |
|---|---|
| _(signature)_ | April 26, 2021 |
| Signature of counsel (or Pro Se Party) | Date |
| Matthew J. Kita | 24050883 |
| Printed Name | State Bar No. |
| /s/ Matthew J. Kita | Matthew J. Kita |
| Electronic Signature (Optional) | Name |

## XVI. Certificate of Service

The undersigned counsel certifies that this Docketing Statement has been served on the following lead counsel for all parties to the Trial Court's Order or Judgment as follows on:

| | |
|---|---|
| _(signature)_ | /s/ Matthew J. Kita |
| Signature of counsel (or Pro Se Party) | Electronic Signature (Optional) |
| 24050883 | |
| State Bar No. | |

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

        (1)  the date and manner of service;
        (2)  the name and address of each person served, and
        (3)  if the person served is a party's attorney, the name of the party represented by the attorney.

**Please enter the following for each person served:**

| | |
|---|---|
| Date Served: April 26, 2021 | Date Served: |
| Manner Served: eServe | Manner Served: Select |
| Name: Aaron Dorfner | Name: |
| Bar No. | Bar No. |
| Firm/Agency: | Firm/Agency: |
| Address 1: | Address 1: |
| Address 2: | Address 2: |
| City/State/Zip: | City/State/Zip: |
| Tel.                Ext.          Fax: | Tel.                Ext.          Fax: |
| Email: adorfner@cbtd.com | Email: |
| Party: | Party: |
| Date Served: | Date Served: |
| Manner Served: Select | Manner Served: Select |
| Name: | Name: |
| Bar No. | Bar No. |
| Firm/Agency: | Firm/Agency: |
| Address 1: | Address 1: |
| Address 2: | Address 2: |
| City/State/Zip: | City/State/Zip: |
| Tel.                Ext.          Fax: | Tel.                Ext.          Fax: |
| Email: | Email: |
| Party: | Party: |
| Date Served: | |
| Manner Served: Select | |
| Name: | |
| Bar No. | |
| Firm/Agency: | |
| Address 1: | |
| Address 2: | |
| City/State/Zip: | |
| Tel.                Ext.          Fax: | |
| Email: | |
| Party: | |

**Please enter the following for each person served that is not an attorney for a party:**

| | |
|---|---|
| Date Served:<br>Manner Served: Select<br>Name:<br>Address 1:<br>Address 2:<br>City/State/Zip:<br>Tel.                    Ext.<br>Fax:<br>Email: | Date Served:<br>Manner Served: Select<br>Name:<br>Address 1:<br>Address 2:<br>City/State/Zip:<br>Tel.                    Ext.<br>Fax:<br>Email: |
| Date Served:<br>Manner Served: Select<br>Name:<br>Address 1:<br>Address 2:<br>City/State/Zip:<br>Tel.                    Ext.<br>Fax:<br>Email: | Date Served:<br>Manner Served: Select<br>Name:<br>Address 1:<br>Address 2:<br>City/State/Zip:<br>Tel.                    Ext.<br>Fax:<br>Email: |
| Date Served:<br>Manner Served: Select<br>Name:<br>Address 1:<br>Address 2:<br>City/State/Zip:<br>Tel.                    Ext.<br>Fax:<br>Email: | Date Served:<br>Manner Served: Select<br>Name:<br>Address 1:<br>Address 2:<br>City/State/Zip:<br>Tel.                    Ext.<br>Fax:<br>Email: |

*Print or Print to SAVE AS PDF.*

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Matthew Kita on behalf of Matthew Kita
Bar No. 24050883
matt@mattkita.com
Envelope ID: 52802127
Status as of 4/26/2021 11:02 AM MST

Associated Case Party: Sai Monahans Brother Hospitality, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Marty D.Price | | martyprice@martyprice.com | 4/26/2021 8:41:35 AM | SENT |

Associated Case Party: Monahans Economic Development Corporation

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Aaron M.Dorfner | | adorfner@cbtd.com | 4/26/2021 8:41:35 AM | SENT |

Associated Case Party: City of Monahans, Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Julian E.Whitney | | jwhitney@cbtd.com | 4/26/2021 8:41:35 AM | SENT |